IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL LEE HOULE,

    Plaintiff,                                CV F 05 1604 OWW WMW PC

    vs.                                        ORDER RE: FINDINGS & RECOMMENDATIONS (#8)

DEPT. OF CORRECTIONS, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On April 28, 2008, findings and recommendations were entered, recommending dismissal of defendants Jimenez, Nelson, Lubken and CDCR.   Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1 | Accordingly, THE COURT HEREBY ORDERS that:
2 |    1. The Findings and Recommendations issued by the Magistrate Judge on April
3 | 28, 2008, are adopted in full; and
4 |    2. Defendants Jimenez, Nelson, Lubken, and California Department of
5 | Corrections and Rehabilitation are dismissed.

IT IS SO ORDERED.

**Dated:   June 14, 2008**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE